# Exhibit 4

Date information retrieved from USPTO Patent
Application Information Retrieval (PAIR)
system records at www.uspto.gov

| *Notice of Allowability* | Application No. 09/940,600 | Applicant(s) MAO ET AL. |
|---|---|---|
| | Examiner Haythim J. Alaubaidi | Art Unit 2171 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed on January 29, 2004*.
2. ☒ The allowed claim(s) is/are *1-11 and 13-24*.
3. ☒ The drawings filed on *04 June 2002* are accepted by the Examiner.
4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  a) ☐ All    b) ☐ Some*   c) ☐ None    of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  * Certified copies not received: _____.
5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application) since a specific reference was included in the first sentence of the specification or in an Application Data Sheet. 37 CFR 1.78.
  (a) ☐ The translation of the foreign language provisional application has been received.
6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121 since a specific reference was included in the first sentence of the specification or in an Application Data Sheet. 37 CFR 1.78.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
  (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
    1) ☐ hereto or 2) ☐ to Paper No. _____.
  (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.
  (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

  Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the margin according to 37 CFR 1.121(d).

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | |
|---|---|
| 1 ☐ Notice of References Cited (PTO-892) | 5 ☐ Notice of Informal Patent Application (PTO-152) |
| 2 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 6 ☐ Interview Summary (PTO-413), Paper No._____ . |
| 3 ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No. _____ | 7 ☐ Examiner's Amendment/Comment |
| 4 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☒ Examiner's Statement of Reasons for Allowance |
| | 9 ☐ Other  . |

SAFET METJAHIC
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

U.S. Patent and Trademark Office
PTOL-37 (Rev. 11-03)                    Notice of Allowability                    Part of Paper No. 11

Application/Control Number: 09/940,600                                          Page 2

Art Unit: 2171

## DETAILED ACTION

1.     This Action is in response to the amendment filed on January 29, 2004.

2.     Claims 1-11 and 13-24 are pending in the application following the amendment.

3.     Claims 1, 7, 13 and 19 are independent claims.

4.     Claims 1-11 and 13-24 are allowed over the prior art of record.


### *Allowable Subject Matter*

5.     Claims 1, 7, 13 and 19, are allowed over the prior art of record.

6.     The following is the Examiner's statement of reasons for the indication of

allowable subject matter:

Regarding Dependent Claims 1, 13 and 19, Applicant's particular system and

associated methods in the environment of ranking multiple subsets of a result list for a

plurality of search engines is the combination of the limitations of selecting a subset of

entries from each result list; determining a scoring value for each of the entries of said

subsets; characterizing or assigning a representative value to each of said subsets;

then merging entries in a predetermined manner in a single list based on said

representative value; and wherein the representative value varies in according with said

representative value in combination with the other limitations of the claims, was not

disclosed by, would not have been obvious over, nor would have been fairly suggested

by the prior art of record or that encountered in searching of the prior art.

Dependent Claims 2-6 being further limiting to independent Claim 1; dependent

Claims 14-18 being further limiting to independent Claim 13; and dependent Claims 20-

Application/Control Number: 09/940,600                                    Page 3
Art Unit: 2171

24 being further limiting to independent Claim 19, definite and enabled by the

Specification are also allowed.

Regarding Dependent Claim 7, Applicant's particular system in the environment

of ranking multiple subsets of a result list for a plurality of search engines is the

combination of the limitations of (A) assigning to each result list a probability value

based on its average value, (B) selecting a result list preferentially based on its

probability value so as to form a selected list, (C) selecting from said selected list the

first entry that has not already been selected for ranking, and repeating (A), (B) and (C)

in order until every entry in every result list has been selected in combination with the

other limitations of the claims, was not disclosed by, would not have been obvious over,

nor would have been fairly suggested by the prior art of record or that encountered in

searching of the prior art.

Dependent Claims 8-11 being further limiting to independent Claim 7; definite

and enabled by the Specification are also allowed.

### Points of Contact

7.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Haythim J. Alaubaidi whose telephone number is (703)

305-1950. The examiner can normally be reached on Monday - Friday from 8:00 AM to

4:30 PM.

Application/Control Number: 09/940,600                    Page 4

Art Unit: 2171

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Safet Metjahic, can be reached on (703) 308-1436.

Any response to this office action should be mailed to:

The Commissioner of Patents and Trademarks, Washington, D.C.  20231 or telefax at

our fax number (703) 872-9306.

Hand-delivered response should be brought to Crystal Park II, 2121 Crystal Drive, 6th

Floor Receptionist, Arlington, Virginia. 22202.

*Haythim J. Alaubaidi*

Patent Examiner
Technology Center 2100
February 8, 2004

SAFET METJAHIC
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100