# Exhibit 5

Jan-29-04   10:15am   From-COOLE. ...JDWARD LLP                          650 857 068;      `-        T-478   P 004/011   F-496

RECEIVED
CENTRAL FAX CENTER

JAN 2 9 2004
PATENT
OFFICIAL

PAGE 4/11 * RCVD AT 1/29/2004 1:18:15 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:6508570663 * DURATION (mm-ss):02-38

**Attorney Docket No.: VRTY-004/00US**

I hereby certify that this correspondence is being transmitted by facsimile addressed to Commissioner for Patents, Art Unit 2171, Facsimile Number (703) 872-9306, at United States Patent and Trademark Office, Alexandria, VA 22313-1450 on January 29, 2004.

By: _____
Dolores McKay

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: MAO et al.

| | |
|---|---|
| Application No.: 09/940,600 | Examiner: ALAUBAIDI, Haythim J. |
| Confirmation No.: 5967 | Art Unit: 2171 |
| Filed: August 27, 2001 | AMENDMENT after FINAL ACTION |

For:   **METHOD AND APPARATUS FOR MERGING RESULT LISTS FROM MULTIPLE SEARCH ENGINES**

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT UNDER 37 CFR 1.116

Applicants hereby respond to the Final Official Action dated December 3, 2003, amending the above-identified patent application as follows.

Amendments to the claims are reflected in the listing of claims beginning on page 2 of this paper.

Remarks begin on page 8 of this paper.

*ROSALIND — PLEASE ENTER THIS AFTER FINAL AMENDMENT. THANKS. (HA)*

668958 v1/PA
#C66011.DOC

Jan-29-04   10:15am   From-COOLE, wODWARD LLP                        650 857 066j           T-478   P.005/011   F-498

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 2

## Amendments to the Claims.

The following listing of claims replaces all prior versions and listings of claims.

## Listing of Claims.

1.    (Currently Amended)   A method of merging result lists from multiple search engines, said method comprising:

transmitting a query to a set of search engines;

receiving in response to said query a result list from each search engine of said set of search engines, each result list including one or more entries;

selecting a subset of entries from each result list to form a set of selected entries;

assigning to each selected entry of said set of selected entries a scoring value according to a scoring function;

assigning to each subset ~~result list~~ a representative value according to the scoring values assigned to its entries; and

producing a merged list of entries in a predetermined manner based on the representative value assigned to each result list,

wherein the representative value varies in accordance with predetermined manner.

2.    (Original)  The method of claim 1 wherein said selecting includes selecting a consecutive number of entries from each result list, including the first entry from each result list.

3.    (Original)  The method of claim 1 wherein said selecting includes selecting a uniform number of entries that are uniformly spaced within each result list.

4.    (Original)  The method of claim 1 wherein said selecting includes selecting a uniform number of entries at random from each result list.

668958 v1/PA
#C66011.DOC                                      2

Jan-29-04    10:15am    From-COOLEY WOODWARD LLP                650 857 0683              T-478    P.008/011    F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 3

5.      (Original)  The method of claim 1 wherein said producing includes (A) selecting the result list having the highest average value so as to form a selected list, (B) selecting from said selected list the first entry that has not already been selected for ranking, (C) decrementing the average value of said result list by a specified number, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

6.      (Original)  The method of claim 1 wherein said producing includes (A) assigning to each result list a probability value based on its average value, (B) selecting a result list preferentially based on its probability value so as to form a selected list, (C) selecting from said selected list the first entry that has not already been selected for ranking, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

7.      (Previously presented)  A computer-readable memory to instruct a computer to function in a specified manner, comprising:

executable instructions stored in said memory, said executable instructions including:

instructions for forming a set of selected entries by selecting a subset of entries from each result list of a set of result lists, wherein each result list in said set of result lists has been generated in response to a query processed by a search engine;

instructions for assigning each entry of said set of selected entries a scoring value according to a scoring function;

instructions for assigning each result list in said set of result lists a representative value based on the scoring values assigned to its entries; and

instructions for ranking every entry based on the representative value assigned to its result list,

wherein said instructions for ranking include instructions for (A) assigning to each result list a probability value that is based on its average value, (B) selecting a result list preferentially based on its probability value so as to form a selected list, (C) selecting from said selected list the first entry that has not already been selected for ranking, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

668958 v1/PA                                         3
#C66011.DOC

PAGE 6/11 * RCVD AT 1/29/2004 1:18:15 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:6508570663 * DURATION (mm-ss):02-38



Jan-29-04    10:15am    From-COOLE. GODWARD LLP                650 857 0663            T-478  P 007/011  F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 4

8.    (Original)  The computer-readable memory of claim 7 wherein said instructions for forming include instructions to select a consecutive number of entries from each result list, including the first entry from each result list.

9.    (Original)  The computer-readable memory of claim 7 wherein said instructions for forming include instructions to select a uniform number of entries that are uniformly spaced within each result list.

10.    (Original)  The computer-readable memory of claim 7 wherein said instructions for forming include instructions to select a uniform number of entries at random from each result list.

11.    (Original)  The computer-readable memory of claim 7 wherein said instructions for ranking include instructions for (A) selecting the result list having the highest average value so as to form a selected list, (B) selecting from said selected list the first entry that has not already been selected for ranking, (C) decrementing the average value of said result list by a specified number, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

12.    (Canceled).

13.    (Currently Amended)  A method of merging result lists from multiple search engines, said method comprising:

transmitting a query to a set of search engines;

receiving in response to said query a set of result lists, each result list in said set of result lists including one or more entries;

selecting a subset of entries from each result list;

determining a scoring value for each entry of said subset of entries;

characterizing said subset result lists in accordance with a representative value metric;

and

668958 v1/PA
#C66011.DOC:

4

PAGE 7/11 * RCVD AT 1/29/2004 1:18:15 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:6508570663 * DURATION (mm-ss):02-38



Jan-29-04    10:16am    From-COOLEY ωODWARD LLP                    650 857 0663          T-478   P.008/011   F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 5

merging entries in a predetermined manner into a single list based on said representative value metric,

wherein said representative value varies in accordance with said predetermined manner.

14. (Original)    The method of claim 13 wherein said selecting includes selecting a consecutive number of entries from each result list, including the first entry from each result list.

15. (Original)  The method of claim 13 wherein said selecting includes selecting a uniform number of entries that are uniformly spaced within each result list.

16. (Original)  The method of claim 13 wherein said selecting includes selecting a uniform number of entries at random from each result list.

17. (Original)  The method of claim 13 wherein said merging includes (A) selecting the result list having the highest average value so as to form a selected list, (B) selecting from said selected list the first entry that has not already been selected for ranking, (C) decrementing the average value of said result list by a specified number, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

18. (Original)  The method of claim 13 wherein said merging includes (A) assigning to each result list a probability value based on its average value, (B) selecting a result list preferentially based on its probability value so as to form a selected list, (C) selecting from said selected list the first entry that has not already been selected for ranking, and repeating (A), (B) and (C) in order until every entry in every result list has been selected .

19. (Currently Amended)  A computer-readable memory to instruct a computer to function in a specified manner, comprising:

executable instructions stored in said memory, said executable instructions including:

instructions for transmitting a query to a set of search engines;

668938 v1/PA
#C66011.DOC

5



Jan-29-04 10:18am From-COOLE, wOODWARD LLP 650 857 0685 T-478 P 009/011 F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 6

instructions for receiving in response to said query a set of result lists, each result list in said set of result lists including one or more entries;

instructions for selecting a subset of entries from each result list;

instructions for determining a scoring value for each entry of said subset of entries;

instructions for characterizing said subset ~~result lists~~ in accordance with a representative value ~~metric~~; and

instructions for merging entries in a predetermined manner into a single list based on said representative value ~~metric~~,

wherein said representative value varies in accordance with said predetermined manner.



20. (Original) The computer-readable memory of claim 18 wherein said instructions for selecting include instructions to select a consecutive number of entries in each result list, including the first entry from each result list.

21. (Original) The computer-readable memory of claim 18 wherein said instructions for selecting include instructions to select a uniform number of entries that are uniformly spaced within each result list.

22. (Original) The computer-readable memory of claim 18 wherein said instructions for selecting include instructions to select a uniform number of entries at random from each result list.

23. (Original) The computer-readable memory of claim 18 wherein said instructions for merging include instructions for (A) selecting the result list having the highest average value so as to form a selected list, (B) selecting from said selected list the first entry that has not already been selected for ranking, (C) decrementing the average value of said result list by a specified number, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

668958 v1//PA
#C66011.DOC

6

Jan-29-04    10:16am    From-COOLE; uODWARD LLP                    650 857 0665          T-478   P.010/011   F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 7

23
24. (Original) The computer readable memory of claim 18 wherein said instructions for merging include instructions for (A) assigning to each result list a probability value that is based on its average value, (B) selecting a result list preferentially based on its probability value so as to form a selected list, (C) selecting from said selected list the first entry that has not already been selected for ranking, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.



668958 v1/PA
#C66011.DOC

7

PAGE 10/11 * RCVD AT 1/29/2004 1:18:15 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:6508570663 * DURATION (mm-ss):02-38

Jan-29-04'   10:16am   From-COOLE, GODWARD LLP                      650 857 0663          T-478   P.011/011   F-496

Attorney Docket No.: VRTY-004/00US
Application Serial No.: 09/940,600
Page 8

## REMARKS

Claims 1-24 were previously presented in the above-identified application. Upon entry of this amendment, which amends claims 1, 13 and 19 to clarify the claimed subject matter, the Applicants respectfully submit that the subject application is in condition for allowance. The Applicants kindly request an advisory action in response. No new matter has been added with this amendment.

## CONCLUSION

In sum, all of the independent claims and their associated dependent claims should now be in a condition for allowance, which is respectfully solicited. If the Examiner believes that any of the claims are not in a condition for allowance, the Examiner is encouraged to contact the undersigned to resolve any outstanding issues.

Dated: 29 JANUARY 2004

Respectfully submitted,
COOLEY GODWARD LLP

Cooley Godward LLP
ATTN: Patent Group
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

By:

Kenneth R. Backus, Jr.
Reg. No. 48,861

668958 v1/PA
#C66011.DOC

8