# Exhibit 9

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/200,175 | CIRCENIS, EDGAR |
| | Examiner | Art Unit | |
| | Hien X. Vo | 2863 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Hien X. Vo*.                                              (3)_____.

(2) *John Harrop*.                                            (4)_____.

Date of Interview: *08 January 2004*.

Type:   a)☐ Telephonic   b)☐ Video Conference
        c)☒ Personal [copy given to:  1)☐ applicant    2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes    e)☒ No.
        If Yes, brief description: _____.

Claim(s) discussed: *all*.

Identification of prior art discussed: *Bishop et al. (U.S Patent No.6,049,798) and Boudreau (U.S. Patent No. 4,503,495)*.

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *Upon a receipt of amendment, the prior arts do not disclose a plurallity processors and the idle indicator of processors in a busy state. The examiner will update a search. Particular attention about idle indicator of CPU in busy state and plurality processors.*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

_____
Examiner's signature, if required

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)                                    Interview Summary                                    Paper No. 4