Jason G. Sheasby (SBN 205455)
*jsheasby@irell.com*
Andrew Strabone (SBN 301659)
*astrabone@irell.com*
Connor R. He-Schaefer (SBN 341545)
*che-schaefer@irell.com*
Erick Franklund (SBN 348400)
*efranklund@irell.com*
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

Blair Silver (*pro hac vice* forthcoming)
*bsilver@irell.com*
**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone:    (202) 777-6500

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., KEY PATENT INNOVATIONS LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | **Case No.  5:26-cv-02379** <br><br> **PLAINTIFFS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** <br><br> **[Civil L.R. 3-15 and FRCP 7.1]** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

PLAINTIFFS' CERTIFICATION OF
CONFLICTS, INTERESTED ENTITIES AND
PERSONS, AND CITIZENSHIP

Case No. 5:26-cv-02379

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Limited hereby make the following disclosures:

- Valtrus Innovations Ltd. is a wholly-owned subsidiary of Key Patent Innovations Limited. No publicly held corporation owns 10% or more of Valtrus' stock.

- Key Patent Innovations Limited is a wholly-owned subsidiary of New PP Licensing LLC. No publicly held corporation owns 10% or more of Key Patent Innovations Limited's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Valinvest LLC

- New PP Licensing LLC

Dated:  March 18, 2026

Respectfully submitted,

By:  __/s/ Jason Sheasby__

Jason Sheasby (SBN 205455)
Andrew J. Strabone (SBN 301659)
Connor R. He-Schaefer (SBN 341545)
Erick Franklund (SBN 348400)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
E-mail: jsheasby@irell.com
E-mail: astrabone@irell.com
E-mail: che-schaefer@irell.com
E-mail: efranklund@irell.com

Blair Silver (*pro hac vice* forthcoming)
**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone: (202) 777-6500
E-mail: bsilver@irell.com

**COUNSEL FOR PLAINTIFFS**

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

PLAINTIFFS' CERTIFICATION OF
CONFLICTS, INTERESTED ENTITIES AND
PERSONS, AND CITIZENSHIP                    - 2 -

Case No. 5:26-cv-02379