AO 120 (Rev. 08/10) (CAND version 7/18)

| | |
|---|---|
| **Do not mail; see e-filing instructions at bottom of page.**<br>TO:<br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Northern District of California  on the following ...

☐ Trademarks or     ☑ Patents.     (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:26-cv-02379 | DATE FILED<br>3/18/2025 | U.S. DISTRICT COURT<br>for the Northern District of California |
|---|---|---|
| **PLAINTIFF**<br><br>Valtrus Innovations Ltd.,<br>Key Patent Innovations Limited | | **DEFENDANT**<br><br>Google LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,816,809 | 11/9/2004 | Valtrus Innovations Ltd. |
| 2 | 7,346,604 | 3/18/2008 | Valtrus Innovations Ltd. |
| 3 | 6,728,704 | 4/27/2004 | Valtrus Innovations Ltd. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK | DATE |
|---|---|---|