Jason G. Sheasby (SBN 205455)
*jsheasby@irell.com*
Andrew Strabone (SBN 301659)
*astrabone@irell.com*
Connor R. He-Schaefer (SBN 341545)
*che-schaefer@irell.com*
Erick Franklund (SBN 348400)
*efranklund@irell.com*
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

Blair Silver (*pro hac vice* forthcoming)
*bsilver@irell.com*
**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone:    (202) 777-6500

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Case No.  5:26-cv-02379**<br><br>**NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENTS** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

PLAINTIFFS' NOTICE OF PENDENCY OF
OTHER ACTION INVOLVING SAME
PATENTS

Case No. 5:26-cv-02379

Pursuant to Patent Local Rule 2-1(a), Plaintiffs Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Limited ("Key Patent") hereby file this Notice of Pendency of Other Action Involving Same Patents. This lawsuit involves claims against Google for infringement of U.S. Patent Nos. 6,728,704, 6,816,809, and 7,346,604.

Valtrus and Key Patent previously sued Google for infringement of the same three patents in two consolidated cases, "*Valtrus I*" and "*Valtrus II*," that were transferred to this District from the Northern District of Texas. *See* 3/16/26 Order at 1, *Valtrus Innovations Ltd. v. Google LLC*, No. 5:25-cv-07063-PCP (N.D. Cal. Mar. 16, 2026) (Dkt. 380). *Valtrus II* was filed on July 12, 2024. Compl., *Valtrus Innovations Ltd. v. Google LLC*, No. 3:24-cv-01795-L (N.D. Tex. July 12, 2024) (Dkt. 1). On March 16, 2026, the Court dismissed *Valtrus I* and *Valtrus II* "without prejudice." 3/16/26 Order at 17.

Valtrus and Key Patent have filed a similar Notice of Pendency of Other Action Involving Same Patents in N.D. Cal. Case No. 5:25-cv-07063-PCP.

Because *Valtrus II* was filed in the last two years and involves the same three patents as this lawsuit, Valtrus and Key Patent respectfully request that, pursuant to the Assignment Plan, the Clerk reassign this matter, the higher-numbered case, to the Honorable P. Casey Pitts.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENTS

- 2 -

Case No. 5:26-cv-02379

Dated:  March 18, 2026

Respectfully submitted,

By:  _____ */s/ Jason Sheasby* _____

Jason Sheasby (SBN 205455)
Andrew J. Strabone (SBN 301659)
Connor R. He-Schaefer (SBN 341545)
Erick Franklund (SBN 348400)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
E-mail: jsheasby@irell.com
E-mail: astrabone@irell.com
E-mail: che-schaefer@irell.com
E-mail: efranklund@irell.com


Blair Silver (*pro hac vice* forthcoming)
**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone: (202) 777-6500
E-mail: bsilver@irell.com


**COUNSEL FOR PLAINTIFFS**

PLAINTIFFS' NOTICE OF PENDENCY OF
OTHER ACTION INVOLVING SAME
PATENTS

- 3 -

Case No. 5:26-cv-02379