David Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hoganlovells.com
Jiaxing Xu (CA SBN 344100)
kyle.xu@hoganlovells.com
Christine Pinnkathok (CA SBN 353430)
christine.pinnkathok@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone: (415) 374-2300
Facsimile:  (415-374-2499)

*Attorneys for Defendant Google LLC*

Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew Strabone (CA SBN 301659)
astrabone@irell.com
Connor R. He-Schaefer (CA SBN 341545)
che-schaefer@irell.com
Erick Franklund (CA SBN 348400)
efranklund@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Ángeles, CA 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

Blair Silver (*pro hac vice* forthcoming)
bsilver@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone: (202) 777-6500

*Attorneys for Plaintiffs*
*Valtrus Innovations Limited and Key Patent*
*Innovations Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant | Case No. 5:26-cv-02379-PCP<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Judge: Hon. P. Casey Pitts<br>Location: Courtroom 8, 4th Floor |

Pursuant to Local Rule 6-1(a), and 6-1(b), Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Limited (collectively, "Plaintiffs") and Defendant Google LLC ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate to the following, including the following extensions:

WHEREAS, Plaintiffs filed the Complaint in this action on March 18, 2026. (Dkt. 1). Plaintiffs served the Complaint on Defendant on March 19, 2026. *See* Dkt. 13;

WHEREAS, the current date for Defendant to answer or otherwise respond to Plaintiffs' Complaint is April 9, 2026;

WHEREAS, the Parties have agreed to a 21-day extension of time for Defendant to answer or otherwise respond to the Complaint, from April 9, 2026 to April 30, 2026;

WHEREAS, the Parties have agreed to a 21-day extension of time for Plaintiffs to respond to any motion to dismiss filed by Defendant on or before April 30, 2026, such that Plaintiffs shall respond within 35 days rather than the 14-day default under Local Rule 7-3(a);

WHEREAS, the Initial Case Management Conference is currently scheduled for June 18, 2026, at 1:00 P.M;

WHEREAS, due to Defendant's counsel's conflict on June 18, 2026, the Parties have agreed to continue the Initial Case Management Conference from June 18, 2026 to June 25, 2026, at 1:00 P.M;

WHEREAS, there have been no previous modifications of any deadlines in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, THAT:

The date by which Defendant shall file its response to the Complaint is extended from April 9, 2026 to April 30, 2026, Plaintiffs shall respond to any motion to dismiss filed by Defendant on or before April 30, 2026 within 35 days of the filing of said motion, and the Initial Case Management Conference is continued from June 18, 2026 to June 25, 2026 at 1:00 P.M.

**IT IS SO STIPULATED.**

1

Dated: April 2, 2026                        Respectfully submitted,

By: */s/ Christine Pinnkathok*
David Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hoganlovells.com
Jiaxing Xu (CA SBN 344100)
kyle.xu@hoganlovells.com
Christine Pinnkathok (CA SBN 353430)
christine.pinnkathok@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone: (415) 374-2300
Facsimile:  (415-374-2499)

*Attorneys for Defendant Google LLC*


Dated: April 2, 2026                        Respectfully submitted,

By: */s/ Connor R. He-Schaefer*
Jason G. Sheasby (CA SBN 205455)
jsheasby@irell.com
Andrew Strabone (CA SBN 301659)
astrabone@irell.com
Connor R. He-Schaefer (CA SBN 341545)
che-schaefer@irell.com
Erick Franklund (CA SBN 348400)
efranklund@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Ángeles, CA 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

Blair Silver (*pro hac vice* forthcoming)
bsilver@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone: (202) 777-6500

*Attorneys for Plaintiffs*
*Valtrus Innovations Ltd. and Key Patent*
*Innovations Limited.*

2

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO CONTINUE
THE INITIAL CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER; CASE NO. 5:26-cv-02379-PCP

**ATTESTATION**

I, Christine Pinnkathok, pursuant to Local Rule 5-1(i)(3), attest that all other signatories listed, and on whose behalf the filing is submitted, have consented to the filing's content and have authorized the use of their signature in the filing.

Dated: April 2, 2026

Respectfully submitted,

By: */s/ Christine Pinnkathok*

3

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation to Extend Time for Defendant to Respond to Complaint and to Continue the Initial Case Management Conference filed by Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Limited ("Plaintiffs"), and Defendant Google LLC ("Defendant"), and finding good cause therein, hereby **ORDERS** as follows:

The date by which Defendant shall file its response to the Complaint is extended from April 9, 2026 to April 30, 2026, Plaintiffs shall respond to any motion to dismiss filed by Defendant on or before April 30, 2026 within 35 days of the filing of said motion, and the Initial Case Management Conference is continued from June 18, 2026 to June 25, 2026 at 1:00 P.M.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**


Date:    April 6, 2026                    By:_____

Honorable  . Casey Pitts